FILED: June 25, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1943
(1:16-cv-01030-CMH-IDD)

HANNAH P.

Plaintiff - Appellant

v.

DANIEL COATS, Director of the Office of The Director of National Intelligence McLean, VA

Defendant - Appellee

and

MARK EWING, in his personal capacity McLean, VA

Defendant

O R D E R

The Court denies the petition for rehearing en banc.

A requested poll of the Court failed to produce a majority of judges in regular active service and not disqualified who voted in favor of rehearing en banc. Chief Judge Gregory and Judge King voted to grant rehearing en banc. Judges Wilkinson,

Niemeyer, Motz, Agee, Keenan, Wynn, Diaz, Floyd, Thacker, Harris, Richardson, Quattlebaum, and Rushing voted to deny rehearing en banc.

Entered at the direction of Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk